```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KARI L. RICCI
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2810
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Cr. No. S-07-076 KJM
                                 )
12        Plaintiff,             )   Stipulation and Order to
                                 )   Continue Trial
13      v.                       )
                                 )   Date: October 29, 2007
14  ROBIN LANE SCHULTZ,          )   Time: 10:00 a.m.
                                 )   Judge: Hon. Kimberly J. Mueller
15        Defendant.             )
                                 )
16  _____)
```

17      It is hereby stipulated and agreed between the United States
18 and the defendant, Robin Schultz, by and through her undersigned
19 counsel, that the defendant's jury trial be continued from October
20 29, 2007, at 10:00 a.m. to December 10, 2007, at 10:00 a.m.  In
21 addition, a trial confirmation hearing will be set for November
22 29, 2007, at 10:00 a.m.
23      The reason for the continuance is a change of defendant's
24 counsel as well as a conflict in the court's calendar.
25 ///
26 ///
27 ///
28 ///

  The parties agree that time may continue to be excluded from October 29, 2007 to December 10, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to prepare.

DATED: October 10, 2007            McGREGOR W. SCOTT
                                   United States Attorney

                          By:   /s/Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney


DATED: October 10, 2007            DANIEL J. BRODERICK
                                   Federal Defender

                          By:   /s/Lexi Negin
                                Lexi Negin
                                Assistant Federal Defender
                                Attorney for Defendant


O R D E R

  Good cause established by the calendering conflict of defendant's counsel, IT IS SO ORDERED.

DATED: October 11, 2007.

_____
U.S. MAGISTRATE JUDGE

2