IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | Cr. S-07-76 KJM |
| vs. | | |
| ROBIN LANE SCHULTZ, | | |
| | Defendant. | ORDER |

_____/

      This matter was on calendar on December 6, 2007 for a hearing on defendant's motion to continue the trial date.  Plaintiff was represented by Russell Carlberg, Assistant United States Attorney, and Kari Ricci, Certified Law Student. Lexi Negin, Assistant Federal Defender, appeared for defendant, who was not present.

      Good cause appearing, IT IS HEREBY ORDERED:

      1.  The jury trial set for December 10, 2007 is hereby vacated and trial is reset for January 22, 2008 at 10:00 a.m.  The court finds that time should be excluded under the authority of 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4, in order to give the defense reasonable time to prepare.

/////

/////

2. Defendant's response to the government's motions in limine, and the defendant's motions in limine, if any, should be filed by December 20, 2007. The government's reply and opposition should be filed by January 4, 2008.

3. Hearing on the motions in limine will be held January 10, 2008 at 10:00 a.m., which will also serve as the trial confirmation hearing.

DATED: December 11, 2007.

_____
U.S. MAGISTRATE JUDGE

schu0076.oah

2