IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                         Cr. S-07-76 KJM

   vs.

ROBIN LANE SCHULTZ,

       Defendant.                     <u>ORDER</u>

_____/

       The government has filed a motion in limine and an amended motion in limine; as Exhibit B to each, the government has filed a letter from defendant that contains information that should have been redacted before filing in conformance with Local Rule 39-140(a).

       IT IS THEREFORE ORDERED:

       1. The Clerk of the Court is directed to seal Exhibit B to the Amended Motion in Limine, document no. 27-3, and Exhibit B to the Motion in Limine, document no. 21-3.

       2. Should the government wish to file a properly redacted exhibit, it must do so before the hearing on the motion in limine.

DATED: January 8, 2008.

                                                  U.S. MAGISTRATE JUDGE

2 schu0076.sea