IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                              Cr. S-07-76 KJM

    vs.

ROBIN LANE SCHULTZ,

    Defendant.                              ORDER

_____/

        At the January 10, 2008 hearing on the government's motion in limine, defense counsel offered to reveal her strategy to the court ex parte, in support of her argument that evidence of defendant's alleged mistreatment in the military is admissible. The government objected to the procedure and both sides have submitted letter briefs on the question, which the court has reviewed and considered.

        The court will consider defense counsel's strategy ex parte. Should the submission contain factual material, which the court deems should be released to the government so it may fully argue its motion in limine, the court will so order.

        IT IS HEREBY ORDERED that defense counsel, by the close of business January 15, 2008, may submit a letter ex parte to the court's chambers, outlining the strategy she believes will assist the court in resolving parts one and two of the government's motion in limine.

DATED: January 14, 2008.

_____
U.S. MAGISTRATE JUDGE

2 schu0076.ex

1