IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                      Cr. S-07-76 KJM

    vs.

ROBIN LANE SCHULTZ,

    Defendant.                                    <u>ORDER TO SHOW CAUSE</u>

_____/

        This matter was set for jury trial on January 22, 2008, beginning at 10 a.m. Russell Carlberg, Assistant United States Attorney, and Kari Ricci, Certified Law Student, appeared for the government; Lexi Negin, Assistant Federal Defender, appeared for defendant, who was present in court. The defendant pled guilty, after notifying the court at about 9:55 a.m. that she wished to do so.

        Defendant is directed to show cause why she should not pay the court $3900.00, the cost of summoning the venire for trial. Any response to this order and briefing should be filed by February 19, 2008. The government's response, if any, is due by March 11, 2008, with defendant's reply due by March 18. The matter is set for argument March 20, 2008 at 10:00 a.m.

        IT IS SO ORDERED.

DATED: January 22, 2008.

U.S. MAGISTRATE JUDGE

2/schult.osc

1