**FILED**

JAN 31 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                    Cr. S-07-76 KJM

    vs.

ROBIN LANE SCHULTZ,

    Defendant.                                    <u>ORDER</u>

_____/

    The Clerk of the Court is directed to file under seal the <u>ex parte</u> memorandum submitted by Lexi Negin, Assistant Federal Defender, on January 16, 2008.

    IT IS SO ORDERED.

DATED: January 31, 2008.

KIMBERLY J. MUELLER
U.S. MAGISTRATE JUDGE

2 schu0076.seal(2)

1