**FILED**

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                          Cr. S-07-76 KJM

    vs.

ROBIN LANE SCHULTZ,

    Defendant.                        <u>ORDER</u>

_____/

        Defendant's request to file a declaration under seal (doc. no. 47) is granted and the Clerk of the Court is directed to file under seal the Declaration of Lexi Negin, signed February 19, 2008 and submitted to the court <u>ex parte</u>.

        IT IS SO ORDERED.

DATED: 2/20/08

                                                UNITED STATES MAGISTRATE JUDGE

2 schu0076.seal(3)

1