DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBIN LANE SCHULTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-076 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | SENTENCING AND ALTERING PRE- |
| ) | SENTENCE INVESTIGATION SCHEDULE |
| ROBIN LANE SCHULTZ, ) | |
| ) | Date: April 3, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Kimberly J. Mueller |
| _____ ) | |

It is hereby stipulated and agreed to between the parties, Russell Carlberg, Assistant United States Attorney, attorney for Plaintiff, and Lexi Negin, attorney for defendant, ROBIN LANE SCHULTZ, to continue Ms. Schultz's sentencing to May 8, 2008 at 10:00 am.  The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Draft Report Due to the parties | April 4, 2008 |
| Informal Objections Due to Probation | April 18, 2008 |
| Final Report Due to the Court | April 25, 2008 |
| Formal Objections and Sentencing Memoranda Due to the Court | May 1, 2008 |

Judgement and Sentencing                              May 8, 2008

Dated: February 28, 2008

                                                           Respectfully submitted,

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

                                                           /s/ Lexi Negin
                                                           LEXI NEGIN
                                                           Assistant Federal Defender for Robert Scotford

Dated: February 28, 2008                              MCGREGOR W. SCOTT
                                                           United States Attorney

                                                           /s/ Matthew Stegman
                                                          MATTHEW STEGMAN
                                                          Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-076 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING AND ALTERING PRE-SENTENCE INVESTIGATION SCHEDULE |
| ROBIN LANE SCHULTZ, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on February 29, 2008, IT IS HEREBY ORDERED that the judgment and sentencing currently scheduled for Thursday, April 3, 2008, be vacated and that the case be set for Thursday, May 8, 2008 at 10:00 a.m. Additionally, the pre-sentence investigation schedule should be as follows:

| | |
|---|---|
| Draft Report Due to the parties | April 4, 2008 |
| Informal Objections Due to Probation | April 18, 2008 |
| Final Report Due to the Court | April 25, 2008 |
| Formal Objections and Sentencing Memoranda Due to the Court | May 1, 2008 |
| Judgement and Sentencing | May 8, 2008 |

Dated: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

3