|   |   |   |
|---|---|---|
| 1 |  | **FILED** |
| 2 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender | MAY 0 5 2008 |
| 3 | LEXI NEGIN, Bar # 250376<br>Assistant Federal Defender | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 4 | 801 I Street, 3rd. Floor<br>Sacramento, California 95814 | BY _____<br>DEPUTY CLERK |
| 5 | Telephone: (916) 498-5700 |   |

Attorney for Defendant
ROBIN LANE SCHULTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S 07-076 KJM |
|---|---|---|
| Plaintiff, | ) | ORDER SEALING RECORD |
| v. | ) |  |
| ROBIN LANE SCHULTZ, | ) |  |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY ORDERED that for the reasons stated in the Defendant's Request for Order to Seal, the Request for Order to Seal, the Declaration of Lexi Negin, and the attached Defense Sentencing Memorandum be sealed.

Dated: May 5, 2008

_____
KIMBERLY J. MUELLER
United States District Judge